# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>GLENEAGLES HOMEOWNER ASSOCIATION, INC., et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00607-APG-NJK<br><br>ORDER |

Pending before the Court is the order for Defendant SFR to show cause why it should not be ordered to file a complete certificate of interested parties. Docket No. 16. Defendant SFR filed a response expressing reluctance to identify publicly the two partners of Xiemen LP. Docket No. 19 at 1-2. Since the filing of that response, however, Defendant SFR has identified those partners in public filings in other cases. Accordingly, Defendant SFR is hereby **ORDERED** to file, no later than May 11, 2016, a supplemental certificate of interested parties identifying the additional interested parties. The order to show cause is otherwise **DISCHARGED**.

　　　　IT IS SO ORDERED.

　　　　DATED: May 4, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　United States Magistrate Judge