ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
PHIL W. SU, ESQ.
Nevada Bar No. 10450
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
Email: rlarsen@gordonrees.com
       psu@gordonrees.com

*Attorneys for Gleneagles Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>Plaintiff,<br><br>vs.<br><br>GLENEAGLES HOMEOWNER ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00607-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GLENEAGLES HOMEOWNERS ASSOCIATION, INC. TO RESPOND TO COMPLAINT [Doc. 1]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3 ("Plaintiff"), and Defendant GLENEAGLES HOMEOWNER ASSOCIATION, INC. ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

### STIPULATION

1. Plaintiff filed its Complaint on March 18, 2016, 2016 [Doc. 1].

2. Defendant was served with process on March 21, 2016. [Doc. 8].

3. Defendant's response was due on or about April 11, 2016. *See* [Doc. 8].

-1-

4. The parties agree that Defendant should be afforded an extension of time to file its response to the Complaint. This request is being made after the original deadline of April 11, 2016, because of excusable neglect on the part of Defendant's counsel, who transitioned to his present law firm on March 31, 2016. Shortly after he joined his new firm, he was assigned to handle this matter. In the process of acclimating to his new caseload and work environment, Defendant's counsel failed to timely request an extension from Plaintiff's counsel to file Defendant's responsive pleading in this matter. Accordingly, Plaintiff has no objection to an extension, through May 27, 2016, to allow Defendant to draft its responsive pleading.

5. **Accordingly**, the parties agree that Defendant's response to the Complaint is **now due on or before Friday, May 27, 2016.**

DATED: May 17, 2016.

GORDON & REES LLP

/s/ Phil w. Su
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
PHIL W. SU, ESQ.
Nevada Bar No. 10450
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169

*Attorneys for Defendant Ventana Canyon Homeowners Association, Inc.*

DATED: May 17, 2016.

AKERMAN LLP

/s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
1160 Town Center Drive, Suite 330
Las Vegas, NV  89144

*Attorneys for Plaintiff The Bank of New York Mellon*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 18, 2016