# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>GLENEAGLES HOMEOWNERS ASSOCIATION, INC., *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00607-APG-NJK<br><br>**ORDER** |

IT IS ORDERED that the stay I previously entered in this case (ECF No. 50) does not apply to cross-claimant SFR Investments Pool 1, LLC's efforts to serve cross-defendant Jose Luis Mendez. SFR Investments Pool 1, LLC shall timely serve process and file proof of service.

DATED this 23rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE