KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>    Plaintiff,<br><br>vs.<br><br>GLENEAGLES HOMEOWNER ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.<br><br>    Defendants. | Case No. 2:16-cv-00607-APG-NJK<br><br>**SUBSTITUTION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,<br><br>    Counter-/Cross- Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3; and JOSE LUIS MENDEZ, an individual,<br><br>    Counter-/Cross- Defendants | |

- 1 -

SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq. in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January, 2022.

**SFR INVESTMENTS POOL 1, LLC**

*/s/ Christopher J. Hardin*

*Its: Manager*

The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq., hereby consent to the substitution as counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January 2022.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
NEVADA BAR NO. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

1  The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq.
2  hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the
3  place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline
4  A. Gilbert and Howard Kim, Esq. in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January 2022.

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.
Dated: February 1, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

- 3 -