# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff<br><br>v.<br><br>GLENEAGLES HOMEOWNER ASSOCIATION, INC., et al.,<br><br>Defendants | Case No.: 2:16-cv-00607-APG-NJK<br><br>**Order Granting Motion to Reopen Case**<br><br>[ECF No. 114] |

SFR Investments Pool 1, LLC's motion to reopen this case for the limited purpose of releasing the lis pendens **(ECF No. 114) is granted**. SFR must file a motion and a proposed order releasing the lis pendens within 30 days. Otherwise, this case will be closed again.

DATED this 17th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE