KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STTAES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

BANK OF NEW YORK MELLON,

Plaintiff,

vs.

GLENEAGLES HOMEOWNER
ASSOCIATION, INC., et al.,

Defendants.

Case No. 2:16-cv-00607-APG-NJK

**ORDER GRANTING
MOTION TO EXPUNGE LIS PENDENS**

SFR Investments Pool 1, LLC ("SFR"), hereby moves this Court to expunge the lis pendens recorded as Instrument No. 201603220000226 against SFR's property commonly known as 3740 Singing Lark Court, North Las Vegas, Nevada 89032, APN 139-10-214-031.

This matter closed because either SFR obtained a judgment in its favor and all appeals have been exhausted or the parties reached a settlement with SFR keeping the property free and clear of all liens. However, due to inadvertent oversight by the parties, certain lis pendens were not released, although they should have been. NRS 14.010 governs the recording of a "notice of pendency of action" (i.e., lis pendens) affecting real property in the state of Nevada. NRS 14.010(2) authorizes parties that are before the District Court of Nevada to record and index lis pendens in the same manner as provided under state law.

Under NRS 14.010, it is axiomatic that once the litigation which gave rise to the lis pendens is dismissed with prejudice, there is no legal basis for the lis pendens to remain a recorded cloud on title. Additionally, under NRS 108.260 "a notice of the pendency of any action shall not

- 1 -

constitute notice or be of any force or effect after the expiration of 10 years from the time of the filing of the notice." Additionally, when a matter is closed, the need for a lis pendens expires. *See Johnson v. Truckee River Highlands HOA, LLC*, No. 3:09-cv-587-RCJ-LRL, 2010 U.S. Dist. LEXIS 127004, at *15 (D.Nev. Nov. 29, 2010) ("More importantly, because the case is dismissed there is no longer an action pending affecting the title or possession of the property…Plaintiff is ordered to cancel the notice of pendency filed against the [p]roperty."); *see also RH Kids, LLC v. Nat'l Default Servicing Corp.*, No. A-23-867271-C, 2023 Nev. Dist. LEXIS 958, at *46–47 (8th Jud. Dist. Nev. Oct. 30, 2023)(granting motion to dismiss and ordering expunction of lis pendens).

As such, SFR requests this Court issue an order which releases, expunges and cancels the lis pendens recorded as Instrument No. 201603220000226  against the property.

DATED this 5th day of March, 2026.

HANKS LAW GROUP

/s/ Karen L. Hanks
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED:

Dated:__March 20, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

- 2 -